AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
District of Oregon

FILED'08 APR 23 10:33 USDC-ORP

|  |  |
|---|---|
| United States of America<br>v.<br>Alphonzo Leon Johnson | )<br>)<br>) Case No: CR 02-367 HA<br>) USM No: 62378-065 |
| Date of Previous Judgment: 06/09/2003<br>(Use Date of Last Amended Judgment if Applicable) | ) Stephen R. Sady<br>) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __92__ months is reduced to __77__.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: 23             Amended Offense Level: 21
Criminal History Category: VI          Criminal History Category: VI
Previous Guideline Range: 92 to 115 months    Amended Guideline Range: 77 to 96 months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated __06/09/2003__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 4-23-08

Effective Date: _____
(if different from order date)

Ancer L. Haggerty, Chief District Court Judge
Printed name and title